HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CARLOS MEDINA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS MEDINA,<br><br>Defendant. | No.  Cr. F 07-65 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, CARLOS MEDINA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On December 3, 2007, this Court sentenced Mr. Medina to a term of 131 months imprisonment;

3.     His total offense level was 33, his criminal history category was II, and the resulting guideline range was 151 to 188 months, but he received a downward variance based on the factors set forth in 18 U.S.C. § 3553(a);

4. The sentencing range applicable to Mr. Medina was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Medina's total offense level has been reduced from 33 to 31, and his amended guideline range is 121 to 151 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Medina's term of imprisonment to a total term of 121 months, said sentence to run consecutive to Oklahoma State criminal case CF20062769.

Respectfully submitted,

Dated:  June 22, 2015                               Dated:   June 22, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                              Federal Defender


 /s/ *Kathleen A. Servatius*                          /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                       DAVID M. PORTER
Assistant U.S. Attorney                              Assistant Federal Defender

Attorney for Plaintiff                                  Attorney for Defendant
UNITED STATES OF AMERICA               CARLOS MEDINA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Medina is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 121 to 151 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2007 is reduced to a term of 121 months, said sentence to run consecutive to Oklahoma State criminal case CF20062769.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Medina shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: **June 22, 2015**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE