AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

__EASTERN__ District of __CALIFORNIA__

| United States of America | )  |
|---|---|
| v. | ) Case No: 1:07CR00065-001 LJO |
| CARLOS MEDINA | ) |
|  | ) USM No: 16529-064 |
| Date of Original Judgment: 12/03/2007 | ) |
| Date of Previous Amended Judgment: | ) David M. Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __131__ months **is reduced to** __121 months to run consecutive Oklahoma CF20062769__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __12/03/2007__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/24/2015                         /s/ Lawrence J. O'Neill
                                                                *Judge's signature*

Effective Date: 11/01/2015                 Honorable Lawrence J. O'Neill, District Court Judge